IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) ALEXIS BETANCOURT-SANTANA<br>a/k/a Alex a/k/a Gordo a/k/a Papo el Gordo<br>(Counts One, Two, Three and Six)<br>2) OMAR TIRADO-DAVILA<br>a/k/a Pintura (Couns One, Two and Six)<br>3) LUIS MANUEL MOJICA-ROJAS a/k/a Mojica<br>(Counts One and Two)<br>4) BENJAMIN APONTE-CRUZ a/k/a Benji (Counts One, Two and Three)<br>**5) URIAS BARRETO-RIVERA** a/k/a Uria<br>(Counts One, Two, Three and Five)<br>6) CARLOS CANALES-FARGAS a/k/a Arnold<br>a/k/a Negro (Counts One, Two and Three)<br>7) EDUARDO RIVERA-PEREZ, a/k/a Canoboom<br>a/k/a Canobum a/k/a Canito (Counts One, Two, Three and Six)<br>8) JUAN M. TIRADO-NIEVES a/k/a Tirado<br>(Counts One, Two and Three)<br>9) OMIOSE RIVERA-GIBOYEAK, a/k/a Omi<br>(Counts One and Two)<br><br>Defendants | CRIMINAL 00-0861CCC |

**O R D E R**

Having considered the Motion to Vacate, Set Aside or Correct Criminal Sentence Pursuant to 28 U.S.C. § 2255, <u>Blakely v. Washington</u>, 542 U.S. ___ (6/24/2004) and <u>Dodd v. United States</u>, 545 U.S. ___ (6/20/2005) filed by defendant Urias Barreto-Rivera on June 23, 2005 **(docket entry 1123)**, the same is DENIED. Defendant Barreto-Rivera was sentenced on February 19, 2003 (docket entry 1006). He never appealed his sentence. The Supreme Court has not made either <u>Blakely v. Washington</u>, 542 U.S. ----, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), or for that matter <u>United States v. Booker</u>, --- U.S. ----, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), retroactively applicable to cases on collateral review. <u>See</u>, <u>e.g.</u>, <u>Green v. United States</u>, 397 F.3d 101 (2d Cir. 2005). See also <u>United States v. Price</u>, 400 F.3d 844, 849 (10th Cir.2005) (holding <u>Blakely</u> does not apply retroactively to convictions that were already final at the time <u>Blakely</u> was decided).

SO ORDERED.

At San Juan, Puerto Rico, on July 12, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge