IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| URÍAS BARRETO-RIVERA,<br>　　Petitioner,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent.<br>_____ | *<br>*<br>*<br>*<br>*<br>*   CIVIL NO. 05-1696 (CCC)<br>*   Crim. No. 00-861 (CCC)<br>*<br>*<br>* |

## JUDGMENT

For the reasons set forth in our Opinion and Order of even date, it is hereby ORDERED AND ADJUDGED that Urías Barreto-Rivera's request for habeas relief under 28 U.S.C. §2255 (docket entry 1) is DENIED and his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 is DISMISSED WITH PREJUDICE.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 14, 2006.

　　　　　　　　　　　　　　　　　　　　S/CARMEN CONSUELO CEREZO
　　　　　　　　　　　　　　　　　　　　United States District Judge